UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARK WERMAN and RONALD
SEGUI, On Behalf Of Themselves and
Others Similarly Situated Persons

      Plaintiffs,

v.                                    Case No:   2:16-cv-356-FtM-99CM

ROTONDA GOLF PARTNERS,
LLC, ROTONDA GOLF
PARTNERS II, LLC, WILLIAM
STINE and DAVID KELLY,

      Defendants.
_____/

## ORDER

This matter comes before the Court upon review of the Joint Motion to Stay Proceedings Pending Filing of Joint Motion to Approve FLSA Settlement (Doc. 22) filed on July 8, 2016.   The parties seek a stay of proceedings until October 7, 2016 to work towards a settlement of this matter.   *Id.* at 1.

On May 12, 2016, Plaintiffs Mark Werman and Ronald Segui, on behalf of themselves and others similarly situated, filed a complaint against Defendants alleging violations of the Fair Labor Standards Act.   Doc. 1.   On June 20, 2016, Plaintiffs filed an amended complaint.   Doc. 19.   Defendants' response to the amended complaint is due on July 14, 2016.   The parties inform the Court that they have a tentative settlement framework, which would potentially include a group of approximately 30-40 current and former employees who would be given the option to

join this action and potentially participate in the settlement. Doc. 22 at 2. The parties request a stay of this proceeding up to and including October 7, 2016 so that they may work towards finalizing their settlement agreement. Doc. 22 at 2. The settlement framework includes sending letters to current and former employees to advise them of this lawsuit, providing them a thirty-day opportunity to submit opt-in consent forms for filing, providing Defendants a time frame for submitting payroll records of any opt-in Plaintiffs, and providing time frames for the execution of the settlement agreement and the filing of a joint motion to approve the settlement agreement. Doc. 22 at 2.

"The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. N. Am. Co., 299 U.S. 248, 254 (1936). This is best accomplished by the "exercise of judgment, which must weigh competing interests and maintain an even balance." Id. at 255. The parties submit that it would be most efficient for them to spend their time and limited resources working towards a resolution rather than involving the judicial process by engaging in discovery and in motion practice. Doc. 22 at 3. Due to the representations of the parties, the Court believes that they are diligently working towards a resolution of this matter with minimal court intervention, and a stay is appropriate.

- 3 -

ACCORDINGLY, it is hereby

**ORDERED:**

1. Joint Motion to Stay Proceedings Pending Filing of Joint Motion to Approve FLSA Settlement (Doc. 22) is **GRANTED**. This matter is **STAYED** until October 7, 2016.

2. The Clerk is directed to add a stay flag to the case.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of July, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record